UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 19, 2011

No. 10-2204

United States of America, Appellant

v.

Paul Bergrin, et al.

(D.N.J. No. 09-cr-00369)

Present: RENDELL, JORDAN and HARDIMAN, Circuit Judges

1. Motion by Appellant to amend the opinion filed 4/12/11.

Respectfully,
Clerk/tyw

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

/s/ Thomas M. Hardiman
Circuit Judge

Dated:      April 20, 2011
tyw/cc:     Michael A. Baldassare, Esq.
            Joshua C. Gillette, Esq.
            Lawrence S. Lustberg, Esq.
            Jennifer Mara, Esq.
            Christopher D. Adams, Esq.
            Anthony J. Iacullo, Esq.
            David B. Glazer, Esq.
            John McGovern, Esq.
            Steven G. Sanders, Esq.
            Zach Intrater, Esq.
            Mark E. Coyne, Esq.